| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 1-00-064-003 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:04-cr-361-J-20MCR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Oscar Tyrone Jones 6217 Moncrief Road West Jacksonville, FL 32219 | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra S. Beckwith Chief United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM August 16, 2003 | TO August 15, 2007 |

OFFENSE
Conspiracy to Distribute Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida at Jacksonville upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/30/04
Date

_[signature]_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-27-04
Effective Date

_[signature]_
United States District Judge

**SCANNED**