FILED
JAMES BONINI
CLERK

05 JAN 28 PM 12: 03

RECEIVED

United States District Court
Southern District of Ohio, Western Division
706 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

2005 JAN 24 P 1: 33

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

January 20, 2005

Clerk of Court
United States District Court
Middle District Florida
PO BOX 53558
Jacksonville, Florida 32201-3558

**COPY**

1:00cr 64 (3)

        Re: *USA v. Oscar Tyrone Jones*   Your Case# 3:04CR361

Dear Clerk:

        Enclosed please find the Transfer of Jurisdiction documents in the above listed matter.  Certified copies of the docket sheet, indictment, and the J&C from our Court is enclosed.

        If you have any questions, please do not hesitate to call.  I can be reached at 513-564-7650.

        Please acknowledge receipt below and return a copy of this letter to the above address.

                        Sincerely,

                        JAMES BONINI, Clerk
                        Southern District of Ohio, Cincinnati

                        *Arthur Hill*
                        Arthur Hill, Courtroom Deputy

Attachments                    * * *   * * *   * * *

Date of receipt: _____   Clerk: _____

Re: *USA v. Oscar Tyrone Jones* 3:04CR361